

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2016

No. 04-15-00290-CR

Jose Miguel Garcia **VILLAREAL,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 12, Bexar County, Texas
Trial Court No. 364138
Honorable Scott Roberts, Judge Presiding

# O R D E R

The appellant's unopposed motion for extension of time to file motion for rehearing is GRANTED. Appellant's motion for rehearing, if any, is due on or before October 17, 2016. No further extensions of time will be granted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court